**IT IS SO ORDERED**
*Judge Thelton E. Henderson*

1  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   DAVID RAIZMAN, CA Bar No. 129407
2  david.raizman@ogletreedeakins.com
   AMBER L. ROLLER, CA Bar No. 273354
3  amber.roller@ogletreedeakins.com
   400 South Hope Street, Suite 1200
4  Los Angeles, CA  90071
   Telephone:    213.239.9800
5  Facsimile:     213.239.9045

6  Attorneys for Defendant
   JOE'S UNION L.P.; THE RIVIERA LLC; JAMES A. MACIEL,
7  JR.; GREGORY A. MACIEL; BARRY MACIEL; PETER R.
   JOHNSON; GAIL A. GAVELLO; CHARLENE MARIE OZAWA;
8  and GEORGIA VIERRA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No. 3:16-cv-06345-TEH |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| JOE'S UNION L.P. dba ORIGINAL JOE'S; THE RIVIERA LLC; JAMES A. MACIEL, JR.; GREGORY A. MACIEL, individually and as Trustee of the BARRY MACIEL TRUST; BARRY MACIEL; PETER R. JOHNSON, Trustee of the KRISTINA GAVELLO MARITAL TRUST; GAIL A. GAVELLO, Trustee of the GAIL A. GAVELLO 2009 REVOCABLE TRUST AGREEMENT dated July 2, 2009; CHARLENE MARIE OZAWA; MIKE MICHELETTI; JOYCE JAMES; GEORGIA VIERRA, | Old Response Date:    December 28, 2016;<br>New Response Date:    January 30, 2017<br><br>Complaint Filed:   November 1, 2016<br>Trial Date:   None<br>Judge:   Hon. Thelton E. Henderson<br>   Dept. 12, San Francisco |
| Defendants. | |

1   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Francisca Moralez ("Plaintiff") and defendants Joe's Union L.P.; The Riviera LLC; James A. Maciel, Jr.; Gregory A. Maciel; Barry Maciel; Peter R. Johnson; Gail A. Gavello; Charlene Marie Ozawa; and Georgia Vierra ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS, on November 1, 2016, Plaintiff filed her Complaint in the United States District Court, Northern District of California, Case Number 3:16-cv-06345, alleging three causes of action, including violations of the Americans With Disabilities Act of 1990; Unruh Act; and Denial of Full and Equal Access to Public Facilities;

WHEREAS, the Parties previously stipulated to a 30-day extension of the deadline for Defendants to file and serve their responsive pleading, which extended such deadline to December 28, 2016, while the Parties explored early resolution of the matter before Defendants spent the necessary time and resources preparing and filing a responsive pleading;

WHEREAS, the Parties are currently in the end-stages of settlement negotiations that, if successful, will resolve this matter in its entirety;

WHEREAS, Plaintiff and Defendants have stipulated to a second 30-day extension of the deadline for Defendants to file and serve their responsive pleading, which extends such deadline to January 30, 2017, to allow the Parties to continue to negotiate for resolution of the matter in its entirety and prepare and execute settlement documents;

WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order and is made pursuant to Local Rule 6-1(a); and

WHEREAS, the Parties agree that this Stipulation and the extension of time for Defendants to respond to the Complaint shall be without prejudice to any claims, defenses or rights that any party may have regarding the Complaint or any other matter in this action.

THEREFORE, the Parties hereby stipulate that the deadline for Defendants to file and serve their responsive pleading to Plaintiff's Complaint shall be continued to January 30, 2017.

**IT IS SO STIPULATED.**

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED:  December 29, 2016 | MOORE LAW FIRM, P.C. |

By: /s/ Tanya Moore
    Tanya Moore

Attorney for Plaintiff
FRANCISCA MORALEZ

DATED:  December 29, 2016    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Amber L. Roller
    David Raizman
    Amber L. Roller

Attorneys for Defendant
JOE'S UNION L.P.; THE RIVIERA LLC; JAMES A. MACIEL, JR.; GREGORY A. MACIEL; BARRY MACIEL; PETER R. JOHNSON; GAIL A. GAVELLO; CHARLENE MARIE OZAWA; and GEORGIA VIERRA

### **Certification Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 29, 2016    By: /s/ Amber L. Roller

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 400 S. Hope Street, Suite 1200, Los Angeles, California 90071.

    On December 29, 2016, I served the following document(s) described as:

SECOND STIPULATION TO EXTEND TIME FOR<br>
DEFENDANTS TO RESPOND TO PLAINTIFF'S<br>
COMPLAINT

With the Clerk of the United States District Court of Northern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Tanya E. Moore, Esq.<br>Zachary M. Best, Esq.<br>MOORE LAW FIRM, P.C.<br>332 North Second Street<br>San Jose, California 95112<br>Telephone: (408) 298-2000<br>Facsimile: (408) 298-6046<br>Email: service@moorelawfirm.com | Attorneys for Plaintiff<br><br>Francisca Moralez |

☒    (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on December 29, 2016, at Los Angeles, California.

Tisa Hunter                                         /s/ Tisa Hunter
Type or Print Name                          Signature

\*    (SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)